FILED'05 DEC 19 11:46USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT S. STESKAL,

        Plaintiff,

   v.

BENTON COUNTY, et al.,

        Defendants.

Civil No. 04-6158-TC

ORDER

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 3, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed October 3, 2005, in its entirety. Defendant's motion for summary judgment (#60) is allowed. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16th day of Dec., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE